1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8

9    THE COMMITTEE FOR THE
     PRESERVATION OF THE SEATTLE              CASE NO. C08-1700RSL
10   FEDERAL RESERVE BANK
     BUILDING,                                AMENDED CASE MANAGEMENT
11                                            ORDER
                      Plaintiff,
12
            v.
13
     FEDERAL RESERVE BANK OF SAN
14   FRANCISCO, *et al.*,

15                    Defendants.

16

17
            This matter comes before the Court on "Plaintiff's Motion to Continue and
18
     Modify Case Management Order Deadlines in Light of Plaintiff's Pending Motion to Compel
19
     Discovery  and Unresolved Issues Concerning the Administrative Record" (Dkt. # 31) and
20
     "Plaintiff's motion to Compel Discovery" (Dkt. # 28).  Having reviewed the memoranda,
21
     declarations, and exhibits submitted by the parties and having heard the arguments of counsel
22
     on November 17, 2009, the Court finds as follows:
23
            The parties are ready to proceed to resolution of this matter through a dispositive
24
     motion.  Plaintiff's untimely motion to compel is DENIED.  The following case management
25
     deadlines apply:
26

     AMENDED CASE MANAGEMENT ORDER - 1

| | |
|---|---|
| Plaintiffs shall file a motion for summary judgment of no more than 35 pages by | December 2, 2009 |
| Defendants shall file a combined opposition and cross-motion for summary judgment of no more than 50 pages by | January 5, 2010 |
| Plaintiffs shall file a combined reply and opposition of no more than 35 pages by | February 5, 2010 |
| Defendants shall file a reply of no more than 20 pages by | February 19, 2010 |
| Oral argument will be held at 9:00 am on | March 11, 2010 |

These dates are set at the direction of the Court. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court pursuant to Local Civil Rules 10(g) and/or 7(d)(2), not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND COURTESY COPIES

As of June 1, 2004, counsel are required to electronically file all documents with the Court. *Pro se* litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - pursuant to Local Rule 10(e)(8), when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am

the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

     - Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

     Pursuant to Local Rule 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with Local Rule 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

## PRIVACY POLICY

     Pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

     * Dates of Birth - redact to the year of birth

     * Names of Minor Children - redact to the initials

     * Social Security Numbers and Taxpayer Identification Numbers - redact to the last four digits

     * Financial Accounting Information - redact to the last four digits

     * Passport Numbers and Driver License Numbers - redact in their entirety

     All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at (206) 370-8519 as soon as possible.  Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

## SANCTIONS

A failure by any party to comply fully with this Order may result in the imposition of sanctions.

Dated this 17th day of November, 2009.

*MNt S Lasnik*

Robert S. Lasnik
United States District Judge

AMENDED CASE MANAGEMENT ORDER - 4